IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:23-cr-00226 |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S MOTION |
| QUINN KEEN, | ) | TO MODIFY CONDITIONS OF |
| | ) | RELEASE |
| Defendant. | ) | |

COMES NOW, the defendant, Quinn Keen, through counsel, and moves to modify his conditions of pretrial release to allow travel to certain locations within the city of Washington D.C., with his stepfather prior to sentencing on June 27, 2024. In support of this motion, counsel states:

1. Mr. Keen is on release and scheduled for sentencing on June 27, 2024, at 9:30 a.m., after having pleaded guilty to assaulting, resisting, or impeding certain officers, in violation of 18 U.S.C. § 111(a)(1).

2. Mr. Keen was ordered released on conditions on April 13, 2023. He has remained on release throughout the case in Illinois, where he resides, without incident.

3. Mr. Keen will travel to Washington D.C. for sentencing with his stepfather, who previously transported him to Washington D.C. for the change of plea hearing in the case. His stepfather is referenced in the final presentence report and is a retired Deputy Sheriff. They will stay at a Sleep Inn, and plan to arrive in the Washington D.C. area on June 25th and stay through the 27th, after the sentencing hearing in the case. Mr. Keen will be in the presence of his stepfather at all times during the entirety of his travel.

4. Prior to sentencing, Mr. Keen and his stepfather would like to visit the Vietnam Veterans Memorial, the Police Museum and Memorial, the Washington Monument, and the Lincoln Memorial. Mr. Keen's current conditions of release restrict his travel in Washington D.C. to only attendance at Court proceedings or meetings with counsel or pretrial services. Mr. Keen has sought the permission of his supervising officer to visit the aforementioned sites with his stepfather and was informed a modification granting permission would need to be sought from the Court.

5. Counsel for the government, Assistant United States Attorney Joseph Smith, resists this motion to the extent the defendant might extend his stay in Washington D.C. past sentencing, and opposes him visiting the Capitol itself and the surrounding area.

6. Mr. Keen is currently on release conditions in Illinois, where he resides.

WHEREFORE, defendant Quinn Keen requests that the Court grant this motion and modify his conditions of supervision to allow travel within the city of Washington D.C. to visit the Vietnam Veterans Memorial, the Police Museum and Memorial, the Washington Monument, and the Lincoln Memorial with his stepfather prior to sentencing in this case.

Respectfully submitted,

 /s/ Joseph Herrold
Joseph Herrold, Assistant Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610   FAX: (515) 309-9625
E-MAIL: joe_herrold@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

     I hereby certify that on June 25, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

                                              */s/ Morgan Conn*, Paralegal